IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BEVERLY KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | 4:18-cv-01347-JEO |
| MIDLAND FUNDING, LLC; and ) | |
| MIDLAND CREDIT ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Beverly King and Defendants Midland Funding, LLC and Midland Credit Management, Inc., jointly agree and stipulate that this action, including any and all claims asserted therein by Plaintiff against Defendants, shall be dismissed with prejudice, costs taxed as paid.

*/s/ W. Seals*
_____
One of the Attorneys for Plaintiff,
Beverly King

**OF COUNSEL:**

W. Whitney Seals
COCHURN & SEALS, LLC
Post Office Box 10448
Birmingham, Alabama 35202-0448
Telephone: (205) 323-3900

1609779.1

John C. Hubbard
JOHN C. HUBBARD, LLC
Post Office Box 953
Birmingham, Alabama 35201
Telephone: (205) 378-8121

/s/ Thomas R. DeBray, Jr.
One of the Attorneys for Defendants,
Midland Funding, LLC and Midland Credit
Management, Inc.

**OF COUNSEL:**

Jason B. Tompkins
Thomas R. DeBray, Jr.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100

1609779.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed this the 19th day of December, 2018, via CM/ECF, which will electronically notify the following counsel of record:

W. Whitney Seals
COCHURN & SEALS, LLC
Post Office Box 10448
Birmingham, Alabama  35202-0448
Telephone: (205) 323-3900

John C. Hubbard
JOHN C. HUBBARD, LLC
Post Office Box 953
Birmingham, Alabama  35201
Telephone: (205) 378-8121

_____
Of Counsel